EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte: | 2024 TSPR 90 |
| Aprobación de Cambio de Estatus Inactivo de julio de 2024 | 214 DPR ___ |

Número del Caso:  EM-2024-0013


Fecha:  15 de agosto de 2024


Materia: Aprobación de Cambio de Estatus Inactivo de julio de 2024.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de Estatus
Inactivo de julio de 2024
EM-2024-0013

Sala de Verano integrada por el Juez Asociado señor Martínez Torres como su Presidente, la Jueza Asociada señora Pabón Charneco, el Juez Asociado señor Rivera García y el Juez Asociado señor Feliberti Cintrón.

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de agosto de 2024.

Durante el periodo de julio de 2024, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a las abogadas y los abogados siguientes:

| | |
|---|---|
| Arturo Díaz Angueira | 3,659 |
| José L. Delgado Cadilla | 4,160 |
| Eduardo R. Estrella Morales | 4,251 |
| Víctor M. Rivera González | 4,421 |
| Celeste Rodríguez De Guttmann | 4,534 |
| Ana V. Ortiz Torres | 5,323 |
| Victoria D. Pierce King | 5,378 |
| Norman E. Colón Báez | 7,107 |
| Antonio Colón Montes | 7,478 |
| Israel Pacheco Acevedo | 8,096 |
| Marta M. Rosario Santana | 10,578 |
| Lawrence Adrián Latorre Reyes | 14,759 |

Gustavo A. Montes Millán                17,722

José Felipe Matos Alvarado              18,633

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                          Javier O. Sepúlveda Rodríguez
                          Secretario del Tribunal Supremo